**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Robert Kelliher,                                    Civil No. 08-1411 (RHK/FLN)

    Petitioner,                          **ORDER**

v.

Federal Bureau of Prisons, et al.,

    Respondents.

---

   Petitioner's Motion for Extension of Time to Respond (Doc. No. 15) is

**GRANTED**; said Response shall be served and filed by March 5, 2009.


Dated: January 7, 2009

         s/Richard H. Kyle
         RICHARD H. KYLE
         United States District Judge